UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD T. CAMPBELL, for himself and on behalf of all others similarly situated,

        Plaintiff,

vs.

HEALTHY PROFITS, LLC,

        Defendant.

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Civ. No.: 6:17-cv-6370-CJS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff RICHARD T. CAMPBELL, through undersigned counsel, hereby gives notice that the above captioned action against Defendant, HEALTHY PROFITS, LLC, is voluntarily dismissed, with prejudice.

Dated: Rochester, New York.
      October 4, 2017

                      Respectfully Submitted,

                      **GESUND & PAILET, LLC**

                      /s/ Alexander J. Douglas

                      ALEXANDER J. DOUGLAS
                      New York Bar No. 5343892
                      14 Franklin St., Ste 813
                      Rochester, NY 14604
                      Tel: (585) 703-9783
                      Fax: (504) 265-9492
                      alex@gp-nola.com
                      *Attorney for Plaintiff*

SO ORDERED

_____
CHARLES J. SIRAGUSA
U.S. District Judge
DATE Oct 6, 2017

1